

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-12-00034-CV |
| Appellant, | § | Appeal from the |
| V. | § | County Court at Law No. 1 |
| MOORE OUTDOOR PROPERTIES, L.P. AND ARRINGTON OUTDOOR OF FORT WORTH, L.P., | § § | of Tarrant County, Texas |
| | § | (TC#07-53500-1) |
| Appellees. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, both in this Court and the court below for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF NOVEMBER, 2013.

GUADALUPE RIVERA, Justice

Before Rivera, J., Rodriguez, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment